**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/12/2019

IN RE:

DUVINEEL M. CABRERA
MARIA ENALYN CABRERA
114 SUMMIT DRIVE
SEWICKLEY, PA 15143
XXX-XX-2602        Debtor(s)

XXX-XX-5562

Case No. 14-22105 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/12/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:12-2<br>CLAIM: 206.38<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4002 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: DKT4PMT-LMT*FR PHH MTG-DOC 44*BGN 6/14 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6711 |
| **TOYOTA FINANCIAL SVCS DIV TMCC**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 28,648.08<br>COMMENT: $CL-PL@K*PL=K | CRED DESC: VEHICLE<br>ACCOUNT NO.: 027-ES419524 |
| **TOYOTA FINANCIAL SVCS DIV TMCC**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:4  INT %: 1.90%<br>Court Claim Number:2<br>CLAIM: 14,573.63<br>COMMENT: $CL-PL@K*PL=K*17590.11/CL*PIF/CRDTR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 027-EC033009 |
| **WOLDMARK BY WYNDHAM**<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 97474<br>LAS VEGAS, NV 89193 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:NC<br>CLAIM: 474.90<br>COMMENT: $@0%MDF/PL@PRORATA*TIME SHARE/SCH*230701591 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: ...8996 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 3,282.94<br>COMMENT: $CL-TTL/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ...2602 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 52,093.49<br>COMMENT: 0002/SCH*GOAL FINANCIAL*FR GREAT LAKES/PHEAA-DOC 66*POA DEFECTIVE? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2602 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GOAL FINANCIAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ALICE SANTOS**<br>1822 MULBERRY ST APT C<br>ALAMEDA, CA 94501 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 5,889.87<br>COMMENT: 8493/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2004 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BANK OF AMERICA NA**\*\*<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DISPUTED/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1783 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7143 |
| **CHILDRENS COMMUNITY PEDIATRICS**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090-9303 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9504 |
| **CHILDRENS COMMUNITY PEDIATRICS**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090-9303 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4988 |
| **CHILDRENS COMMUNITY PEDIATRICS**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090-9303 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4988 |
| **CHILDRENS COMMUNITY PEDIATRICS**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090-9303 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4988 |
| **CHILDRENS COMMUNITY PEDIATRICS**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090-9303 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4988 |
| **CHILDRENS HOSPITAL OF PITTSBURGH**<br>4401 PENN AVE<br>PITTSBURGH, PA 15224-1342 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1306 |
| **COLLECTION SERVICE CENTER INC**<br>363 VANADIUM RD STE 109<br>PO BOX 13446<br>PITTSBURGH, PA 15243-0446 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: FZBVA |
| **DISCOVER BANK**(\*)<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,570.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1549 |

| Creditor | Trustee / Court Claim | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 21 INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 134.73 <br> COMMENT: 4099/SCH*006814099000018 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6814099 |
| **GE CAPITAL RETAIL BANK++** <br> C/O RECOVERY MANAGEMENT SYSTEMS CORP <br> 25 SE 2ND AVE STE 1120 <br> MIAMI, FL 33131-1605 | Trustee Claim Number: 22 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~DISPUTED/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: 5615 |
| **GREAT LAKES HIGHER EDUCATION** <br> CLAIMS FILING UNIT <br> PO BOX 8973 <br> MADISON, WI 53708-8973 | Trustee Claim Number: 23 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~DISPUTED/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: 0117 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 24 INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 1,432.93 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...2602 |
| **JULIE TRACY** <br> 1889 GENEVA AVE <br> SAN FRANCISCO, CA 94134 | Trustee Claim Number: 25 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **MUNIC AUTH OF WEST VIEW BORO** <br> 210 PERRY HWY <br> PITTSBURGH, PA 15229 | Trustee Claim Number: 26 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: WTR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4001 |
| **OHIO TWP SANITARY AUTHORITY** <br> 1719 ROOSEVELT BLVD <br> PITTSBURGH, PA 15237 | Trustee Claim Number: 27 INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 156.34 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0440 |
| **PATELCO CREDIT UNION** <br> PO BOX 8020 <br> PLEASANTON, CA 94588 | Trustee Claim Number: 28 INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 5,274.47 <br> COMMENT: CL DKT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6435 |
| **PATELCO CREDIT UNION** <br> PO BOX 8020 <br> PLEASANTON, CA 94588 | Trustee Claim Number: 29 INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 3,009.22 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4830 |
| **QUEST DIAGNOSTICS INC** <br> 875 GREENTREE RD <br> 4 PARKWAY CTR <br> PITTSBURGH, PA 15220 | Trustee Claim Number: 30 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9850 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUEST DIAGNOSTICS INC**<br>875 GREENTREE RD<br>4 PARKWAY CTR<br>PITTSBURGH, PA 15220 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4424 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 4,964.32<br>COMMENT: 1263/SCH*GU BAR OK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2602 AND 5562 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,937.23<br>COMMENT: 1271/SCH*GU BAR OK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2602 |
| **SPARTAN FINANCIAL SERVICE**<br>13730 S POINT BLVD STE B<br>CHARLOTTE, NC 28273 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4115 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1188 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1255 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2025 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2068 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2233 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2366 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **UPMC++** C/O POWELL ROGERS & SPEAKS POB 930* HALIFAX, PA 17032 | Trustee Claim Number: 41  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3233 |
| **UPMC++** C/O POWELL ROGERS & SPEAKS POB 930* HALIFAX, PA 17032 | Trustee Claim Number: 42  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3281 |
| **UPMC++** C/O POWELL ROGERS & SPEAKS POB 930* HALIFAX, PA 17032 | Trustee Claim Number: 43  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3290 |
| **UPMC++** C/O POWELL ROGERS & SPEAKS POB 930* HALIFAX, PA 17032 | Trustee Claim Number: 44  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3355 |
| **UPMC++** C/O POWELL ROGERS & SPEAKS POB 930* HALIFAX, PA 17032 | Trustee Claim Number: 45  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4017 |
| **UNIVERSITY OF PGH PHYSICIAN** POB 371980 PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 46  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN** POB 371980 PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 47  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN** POB 371980 PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 48  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN** POB 371980 PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 49  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN** POB 371980 PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 50  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0007 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  AA00 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:70  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UPMC - ST MARGARET**<br>C/O CONVERGENT HEALTHCARE RECOVERIES<br>PO BOX 1289<br>PEORIA, IL  61654 | Trustee Claim Number: 71  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1164 |
| **UPMC - ST MARGARET**<br>C/O CONVERGENT HEALTHCARE RECOVERIES<br>PO BOX 1289<br>PEORIA, IL  61654 | Trustee Claim Number: 72  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1200 |
| **UPMC - ST MARGARET**<br>C/O CONVERGENT HEALTHCARE RECOVERIES<br>PO BOX 1289<br>PEORIA, IL  61654 | Trustee Claim Number: 73  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1228 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 74  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,789.62<br>COMMENT: $CL-PL*FR PHH MTG-DOC 44*THRU 5/14 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6711 |
| **EQUITABLE GAS CO(*)**<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 75  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: $/COE-CONF*BGN 7/15 DIST | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6814099435385 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 76  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |