# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DUVINEEL M. CABRERA<br>MARIA ENALYN CABRERA<br>       Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  DUVINEEL M. CABRERA<br>MARIA ENALYN CABRERA<br><br>    Respondents | Case No.14-22105CMB<br><br><br>Chapter 13<br><br><br>Document No.___74___ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___10th___ day of ___June___, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

At&T Corporation
Attn: Payroll Dept-Court Order
909 Chestnut Wa Box 50920
St Louis, MO 63101

is hereby ordered to immediately terminate the attachment of the wages of DUVINEEL M. CABRERA, social security number XXX-XX-2602. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DUVINEEL M. CABRERA.

BY THE COURT:

*Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
6/10/19 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-22105-CMB
Duvineel M. Cabrera                                                   Chapter 13
Maria Enalyn Cabrera
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric                  Page 1 of 1                  Date Rcvd: Jun 10, 2019
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db/jdb         +Duvineel M. Cabrera,    Maria Enalyn Cabrera,    114 Summit Drive,    Sewickley, PA 15143-8892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
            James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
             bkgroup@kmllawgroup.com
            Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com,
             sromig@barley.com
            Kenya Deneen Bates    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
            Mark G. Moynihan    on behalf of Debtor Duvineel M. Cabrera mark@moynihanlaw.net,
             moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
            Mark G. Moynihan    on behalf of Joint Debtor Maria Enalyn Cabrera mark@moynihanlaw.net,
             moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 9