Certificate Number: 17572-PAW-DE-032981753

Bankruptcy Case Number: 14-22105



17572-PAW-DE-032981753

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2019, at 4:08 o'clock PM PDT, Duvineel Cabrera completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    June 17, 2019              By:    /s/Judy Alexander

                                    Name:  Judy Alexander

                                    Title: Counselor