IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Duvineel M. Cabrera  
Maria Enalyn Cabrera  
    Debtor(s)

Bankruptcy No.  14−22105−CMB

Chapter 13

Document No.

Duvineel M. Cabrera  
Maria Enalyn Cabrera  
    Movant

      v.

Ronda J. Winnecour  
    Respondent(s)

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On **June 17, 2019** at docket numbers **77 and 78**, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel after having duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                                             Respectfully submitted,

Date: July 1, 2019                      By:    /s/ Mark G. Moynihan  
                                                          Mark G. Moynihan, Esquire  
                                                          Attorney for Debtor(s)  
                                                          PA 307622  
                                                          2 Chatham Center, Suite 230  
                                                          Pittsburgh, PA 15219  
                                                          Phone:  (412) 889-8535  
                                                          Fax:  (800) 997-8192  
                                                          Email: mark@moynihanlaw.net

**PAWB Local Form 24 (07/13)**