**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Duvineel M. Cabrera**
**Maria Enalyn Cabrera**
**aka Enalyn Cabrera, fka Maria Enalyn Santos**
    Debtor(s)

Bankruptcy Case No.: 14−22105−CMB
Related to Doc. No. 81
Chapter: 13
Docket No.: 82 − 81

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of July, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/16/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/11/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/16/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 14-22105-CMB
Duvineel M. Cabrera                                                     Chapter 13
Maria Enalyn Cabrera
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                  Page 1 of 3                  Date Rcvd: Jul 30, 2019
                              Form ID: 408                Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db/jdb         +Duvineel M. Cabrera,    Maria Enalyn Cabrera,    114 Summit Drive,    Sewickley, PA 15143-8892
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13859417        AES Credit,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13859418        AES Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13859419       +AES/Goal Financial,    1200 N 7th St,    Harrisburg, PA 17102-1419
13859420       +Alice Santos,    1822 Mulberry Street Apt #C,    Alameda, CA 94501-7011
13881333       +American Education Services,    PO BOX 8183,   HARRISBURG, PA 17105-8183
13859422       +American Express,    PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13859421        American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
13925865        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13859423       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    PO Box 982235,    El Paso, TX 79998)
13859428       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court:   Collection Service Center, Inc.,     P.O. Box 14931,
                 Pittsburgh, PA 15234)
13859424        Chase,   Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13859425        Chase,   Customer Service,    P.O. Box 15299,    Wilmington, DE 19850-5299
13859426       +Children's Community Pediatrics,    Adminstrative & Billing Office,    11279 Perry Highway,
                 Suite 450,    Wexford, PA 15090-9303
13859427       +Children's Hospital of Pittsburgh,    One Children's Hospital Drive,    4401 Penn Avenue,
                 Pittsburgh, PA 15224-1342
14119864        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13859432       +Edda Cabrera,    1777 Geneva Avenue,    San Francisco, CA 94134-3112
13859433       +Equitable Gas Compnay, LLC,    Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,
                 225 North Shore Drive, 2nd Floor,    Pittsburgh, PA 15212-5860
13859435       +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13859436        Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
13859438       +Julie Tracy,    1889 Geneva Avenue,    San Francisco, CA 94134-3114
13859440        Municipal Authority of West View,    210 Perry Highway,    Pittsburgh, PA 15229-1895
14002168       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13925036       +Ohio Township Sanitary Authority,    c/o Michael J. Witherel, Esq.,    966 Perry Highway,
                 Pittsburgh, PA 15237-2107
13859441       +Ohio Township Sanitary Authority,    1719 Roosevelt Road,    Pittsburgh, PA 15237-1050
13859445        PHH Mortgage Corporation,    Mortgage Service Center,    Attn: Bankruptcy Dept,    P.O. Box 5452,
                 Mount Laurel, NJ 08054-5452
13859443       +Patelco Credit Union,    Attention: Bankruptcy,    PO Box 8020,    Pleasanton, CA 94588-8601
13859442        Patelco Credit Union,    P.O. Box 2227,    Merced, CA 95344-0227
13859446        Quest Diagnostics,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
13859449       +Sallie Mae,    Attention: Bankruptcy Litigation Unit,    P.O. Box 9430,
                 Wilkes-Barre, PA 18773-9430
13859450       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13859451       +State Collection Service Inc,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
13859452       +State Collection Service, Inc.,    Attn: Bankruptcy,    P.O. Box 6250,    Madison, WI 53716-0250
13859454       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Financial Services,    Asset Protection Department,
                 P.O. Box 2958,    Torrance, CA 90509-2958)
13867616        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13859456        UPMC,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
13859457       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13910701       +Weltman, Weinberg & Reis Co., LPA,    436 7th Avenue Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13859429       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 31 2019 03:23:11
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13859430        E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46      Discover,    PO Box 15316,
                 Wilmington, DE 19850-5316
13870519        E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13933541       +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:09       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13859431       +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:09       Duquesne Light Company,
                 Legal Department,    Duquesne Light Legal,    411 Seventh Avenue (16-1),
                 Pittsburgh, PA 15219-1942
14119864        E-mail/Text: ECMCBKNotices@ecmc.org Jul 31 2019 03:21:26      ECMC,    PO BOX 16408,
                 ST. PAUL MN 55116-0408
13859434       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:35       GE Capital Retail Bank,
                 Attn: Bankruptcy Dept,    P.O. Box 103104,    Roswell, GA 30076-9104
13859437        E-mail/Text: cio.bncmail@irs.gov Jul 31 2019 03:21:01      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0315-2           User: dric                  Page 2 of 3                   Date Rcvd: Jul 30, 2019
                               Form ID: 408                Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13859439      E-mail/Text: rcpsbankruptcynotices@parallon.com Jul 31 2019 03:23:14     Medicredit Corp,
              111 Corporate Office Dr,    Earth City, MO 63045-1506
13936459      E-mail/PDF: pa_dc_claims@navient.com Jul 31 2019 03:25:33      Navient Solutions Inc.,
              Po Box9640,    Wilkes-Barre, PA 18773-9640
13859448     +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2019 03:25:30      Sallie Mae,   P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
13859447     +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2019 03:23:48      Sallie Mae,   PO Box 9655,
              Wilkes-barre, PA 18773-9655
13859458     +E-mail/Text: BankruptcyNotice@upmc.edu Jul 31 2019 03:22:55     UPMC St Margaret,
              Quantum 1 Building/Third Floor,    Distribution Room # 386,    2 Hot Metal Street,
              Pittsburgh, PA 15203-2348
13859459     +E-mail/Text: BKRMailOps@weltman.com Jul 31 2019 03:22:22      Weltman, Weinberg & Reis Co., LPA,
              436 7th Avenue Suite 1400,    Pittsburgh, PA 15219-1827
13859460     +E-mail/Text: bankruptcydept@wyn.com Jul 31 2019 03:22:46      WoldMark by Wyndham,
              Attention: Bankruptcy Department,    P.O. Box 97474,   Las Vegas, NV 89193-7474
13859461     +E-mail/Text: bankruptcydept@wyn.com Jul 31 2019 03:22:46      Worldmark,   10750 W Charleston,
              Las Vegas, NV 89135-1049
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              PHH Mortgage Corporation
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC.,   PO Box 619096,
                Dallas, TX  75261-9741)
13859455*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,   Attn. WF21 Asset Protection Department,
                19001 South Western Ave,   Torrance, CA 90509)
13859453*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,   P.O. Box 8026,
                Cedar Rapids, IA 52409-8026)
13859444     ##+PHH Mortgage Corporation,   2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
13867682     ##+Phh Mortgage Corporation,   2001 Bishopsgate Boulevard,   Mount Laurel, NJ 08054-4604
                                                                                      TOTALS: 3, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com,
               sromig@barley.com
              Kenya Deneen Bates    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Duvineel M. Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Joint Debtor Maria Enalyn Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2                  User: dric                    Page 3 of 3                  Date Rcvd: Jul 30, 2019
                                      Form ID: 408                  Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                       TOTAL: 9