**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DUVINEEL M. CABRERA
MARIA ENALYN CABRERA
   Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
   Movant
   vs.
No Respondents.

Case No.:14-22105

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/23/2014 and confirmed on 8/18/14 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 202,060.00 |
| Less Refunds to Debtor | 3,296.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 198,763.84 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 8,265.91 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,765.91 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 124,876.96 | 0.00 | 124,876.96 |
|     Acct: 6711 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 4,789.62 | 4,789.62 | 0.00 | 4,789.62 |
|     Acct: 6711 | | | | |
|   WOLDMARK BY WYNDHAM | 474.90 | 474.90 | 0.00 | 474.90 |
|     Acct: XXX8996 | | | | |
|   TOYOTA FINANCIAL SVCS DIV TMCC | 28,648.08 | 28,648.08 | 0.00 | 28,648.08 |
|     Acct: XXXXXXXX9524 | | | | |
|   TOYOTA FINANCIAL SVCS DIV TMCC | 14,573.63 | 14,573.63 | 772.98 | 15,346.61 |
|     Acct: XXXXXXXX3009 | | | | |
| | | | | 174,136.17 |
| **Priority** | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUVINEEL M. CABRERA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUVINEEL M. CABRERA | 3,296.16 | 3,296.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,282.94 | 3,282.94 | 0.00 | 3,282.94 |
|     Acct: XXX2602 | | | | |
|   EQUITABLE GAS CO(*) | 0.00 | 3,015.84 | 0.00 | 3,015.84 |
|     Acct: XXXXXXXX5385 | | | | |
| | | | | 6,298.78 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 206.38 | 18.66 | 0.00 | 18.66 |
|     Acct: 4002 | | | | |
|   ECMC(*) | 52,093.49 | 4,708.80 | 0.00 | 4,708.80 |
|     Acct: 2602 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 0001 | | | | |
|   ALICE SANTOS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   AMERICAN EXPRESS BANK FSB | 5,889.87 | 532.39 | 0.00 | 532.39 |
|     Acct: 2004 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7143 | | | | |
|   CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9504 | | | | |
|   CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4988 | | | | |
|   CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4988 | | | | |
|   CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4988 | | | | |
|   CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4988 | | | | |
|   CHILDRENS HOSPITAL OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1306 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XZBVA | | | | |
|   DISCOVER BANK(*) | 8,570.39 | 774.69 | 0.00 | 774.69 |
|     Acct: 1549 | | | | |
|   PEOPLES NATURAL GAS CO LLC - EQUIT | 134.73 | 12.18 | 0.00 | 12.18 |
|     Acct: XXX4099 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,432.93 | 129.53 | 0.00 | 129.53 |
|     Acct: XXX2602 | | | | |
|   JULIE TRACY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   MUNIC AUTH OF WEST VIEW BORO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4001 | | | | |
|   OHIO TWP SANITARY AUTHORITY | 156.34 | 14.13 | 0.00 | 14.13 |
|     Acct: 0440 | | | | |
|   PATELCO CREDIT UNION | 5,274.47 | 476.76 | 0.00 | 476.76 |
|     Acct: 6435 | | | | |
|   PATELCO CREDIT UNION | 3,009.22 | 272.00 | 0.00 | 272.00 |
|     Acct: 4830 | | | | |
|   QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9850 | | | | |
|   QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4424 | | | | |
|   NAVIENT SOLUTIONS INC | 4,964.32 | 448.73 | 0.00 | 448.73 |
|     Acct: XXXXXXXXX5562 | | | | |
|   NAVIENT SOLUTIONS INC | 1,937.23 | 175.11 | 0.00 | 175.11 |
|     Acct: 2602 | | | | |
|   SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4115 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1188 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1255 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2025 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2068 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2233 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2366 | | | | |
|   UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |

14-22105                                                                                                    Page 3 of 4

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3233 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3281 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3290 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3355 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4017 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1783 | | | | |
| | GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5615 | | | | |
| | GREAT LAKES HIGHER EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0117 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: AA00 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 0007 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0007 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0007 | | | | |
|   UPMC - ST MARGARET** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1164 | | | | |
|   UPMC - ST MARGARET** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1200 | | | | |
|   UPMC - ST MARGARET** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1228 | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 7,562.98 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 187,997.93 |

TOTAL
CLAIMED         3,282.94
PRIORITY       48,486.23
SECURED        83.669.37

Date: 07/29/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　DUVINEEL M. CABRERA<br>　　MARIA ENALYN CABRERA<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:14-22105<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22105-CMB
Duvineel M. Cabrera                                                     Chapter 13
Maria Enalyn Cabrera
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 3                Date Rcvd: Jul 30, 2019
                              Form ID: pdf900         Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
```
db/jdb       +Duvineel M. Cabrera,    Maria Enalyn Cabrera,    114 Summit Drive,    Sewickley, PA 15143-8892
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13859417      AES Credit,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13859418      AES Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13859419     +AES/Goal Financial,    1200 N 7th St,    Harrisburg, PA 17102-1419
13859420     +Alice Santos,    1822 Mulberry Street Apt #C,    Alameda, CA 94501-7011
13881333     +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13859422     +American Express,    PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13859421      American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
13925865      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13859423    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank Of America,    PO Box 982235,    El Paso, TX 79998)
13859428    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court:   Collection Service Center, Inc.,    P.O. Box 14931,
               Pittsburgh, PA 15234)
13859424      Chase,    Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13859425      Chase,    Customer Service,    P.O. Box 15299,    Wilmington, DE 19850-5299
13859426     +Children's Community Pediatrics,    Adminstrative & Billing Office,    11279 Perry Highway,
               Suite 450,    Wexford, PA 15090-9303
13859427     +Children's Hospital of Pittsburgh,    One Children's Hospital Drive,    4401 Penn Avenue,
               Pittsburgh, PA 15224-1342
14119864      ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13859432     +Edda Cabrera,    1777 Geneva Avenue,    San Francisco, CA 94134-3112
13859433     +Equitable Gas Compnay, LLC,    Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,
               225 North Shore Drive, 2nd Floor,    Pittsburgh, PA 15212-5860
13859435     +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13859436      Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
13859438     +Julie Tracy,    1889 Geneva Avenue,    San Francisco, CA 94134-3114
13859440      Municipal Authority of West View,    210 Perry Highway,    Pittsburgh, PA 15229-1895
14002168    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13925036     +Ohio Township Sanitary Authority,    c/o Michael J. Witherel, Esq.,    966 Perry Highway,
               Pittsburgh, PA 15237-2107
13859441     +Ohio Township Sanitary Authority,    1719 Roosevelt Road,    Pittsburgh, PA 15237-1050
13859445      PHH Mortgage Corporation,    Mortgage Service Center,    Attn: Bankruptcy Dept,    P.O. Box 5452,
               Mount Laurel, NJ 08054-5452
13859443     +Patelco Credit Union,    Attention: Bankruptcy,    PO Box 8020,    Pleasanton, CA 94588-8601
13859442      Patelco Credit Union,    P.O. Box 2227,    Merced, CA 95344-0227
13859446      Quest Diagnostics,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
13859449     +Sallie Mae,    Attention: Bankruptcy Litigation Unit,    P.O. Box 9430,
               Wilkes-Barre, PA 18773-9430
13859450     +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13859451     +State Collection Service Inc,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
13859452     +State Collection Service, Inc.,    Attn: Bankruptcy,    P.O. Box 6250,    Madison, WI 53716-0250
13859454    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,    Asset Protection Department,
               P.O. Box 2958,    Torrance, CA 90509-2958)
13867616      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13859456      UPMC,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
13859457     +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13910701     +Weltman, Weinberg & Reis Co., LPA,    436 7th Avenue Suite 2500,    Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13859429     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 31 2019 03:23:11
               Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13859430      E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46    Discover,    PO Box 15316,
               Wilmington, DE 19850-5316
13870519      E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13933541     +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:09    Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13859431     +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2019 03:23:09    Duquesne Light Company,
               Legal Department,    Duquesne Light Legal,    411 Seventh Avenue (16-1),
               Pittsburgh, PA 15219-1942
14119864      E-mail/Text: ECMCBKNotices@ecmc.org Jul 31 2019 03:21:26    ECMC,    PO BOX 16408,
               ST. PAUL MN 55116-0408
13859434     +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:24:26    GE Capital Retail Bank,
               Attn: Bankruptcy Dept,    P.O. Box 103104,    Roswell, GA 30076-9104
13859437      E-mail/Text: cio.bncmail@irs.gov Jul 31 2019 03:21:01    Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0315-2           User: dric                  Page 2 of 3                   Date Rcvd: Jul 30, 2019
                               Form ID: pdf900             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13859439        E-mail/Text: rcpsbankruptcynotices@parallon.com Jul 31 2019 03:23:14     Medicredit Corp,
                 111 Corporate Office Dr,    Earth City, MO 63045-1506
13936459        E-mail/PDF: pa_dc_claims@navient.com Jul 31 2019 03:24:43      Navient Solutions Inc.,
                 Po Box9640,    Wilkes-Barre, PA 18773-9640
13859448       +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2019 03:24:41      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13859447       +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2019 03:24:42      Sallie Mae,    PO Box 9655,
                 Wilkes-barre, PA 18773-9655
13859458       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 31 2019 03:22:55     UPMC St Margaret,
                 Quantum 1 Building/Third Floor,    Distribution Room # 386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13859459       +E-mail/Text: BKRMailOps@weltman.com Jul 31 2019 03:22:22      Weltman, Weinberg & Reis Co., LPA,
                 436 7th Avenue Suite 1400,    Pittsburgh, PA 15219-1827
13859460       +E-mail/Text: bankruptcydept@wyn.com Jul 31 2019 03:22:46      WoldMark by Wyndham,
                 Attention: Bankruptcy Department,    P.O. Box 97474,    Las Vegas, NV 89193-7474
13859461       +E-mail/Text: bankruptcydept@wyn.com Jul 31 2019 03:22:46      Worldmark,   10750 W Charleston,
                 Las Vegas, NV 89135-1049
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              PHH Mortgage Corporation
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX  75261-9741)
13859455*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Financial Services,    Attn. WF21 Asset Protection Department,
                 19001 South Western Ave,    Torrance, CA 90509)
13859453*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Financial Services,    P.O. Box 8026,
                 Cedar Rapids, IA 52409-8026)
13859444      ##+PHH Mortgage Corporation,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
13867682      ##+Phh Mortgage Corporation,    2001 Bishopsgate Boulevard,    Mount Laurel, NJ 08054-4604
                                                                                        TOTALS: 3, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:

```
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor   PHH Mortgage Corporation jschalk@barley.com,
               sromig@barley.com
              Kenya Deneen Bates   on behalf of Creditor   PHH Mortgage Corporation pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Duvineel M. Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Joint Debtor Maria Enalyn Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: dric                 Page 3 of 3                  Date Rcvd: Jul 30, 2019
                              Form ID: pdf900            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

        TOTAL: 9