**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Duvineel M. Cabrera** | Social Security number or ITIN  **xxx−xx−2602** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maria Enalyn Cabrera** | Social Security number or ITIN  **xxx−xx−5562** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14−22105−CMB**

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Duvineel M. Cabrera

Maria Enalyn Cabrera
aka Enalyn Cabrera, fka Maria Enalyn Santos

9/30/19

**By the court:**    Carlota M. Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22105-CMB
Duvineel M. Cabrera                                                       Chapter 13
Maria Enalyn Cabrera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 3           Date Rcvd: Sep 30, 2019
                              Form ID: 3180W          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db/jdb         +Duvineel M. Cabrera,    Maria Enalyn Cabrera,    114 Summit Drive,    Sewickley, PA 15143-8892
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13859417        AES Credit,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13859418        AES Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13859419       +AES/Goal Financial,    1200 N 7th St,    Harrisburg, PA 17102-1419
13859420       +Alice Santos,    1822 Mulberry Street Apt #C,    Alameda, CA 94501-7011
13881333       +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13859428      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,    P.O. Box 14931,
                 Pittsburgh, PA 15234)
13859426       +Children's Community Pediatrics,    Adminstrative & Billing Office,    11279 Perry Highway,
                 Suite 450,    Wexford, PA 15090-9303
13859427       +Children's Hospital of Pittsburgh,    One Children's Hospital Drive,    4401 Penn Avenue,
                 Pittsburgh, PA 15224-1342
13859432       +Edda Cabrera,    1777 Geneva Avenue,    San Francisco, CA 94134-3112
13859433       +Equitable Gas Compnay, LLC,    Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,
                 225 North Shore Drive, 2nd Floor,    Pittsburgh, PA 15212-5860
13859435       +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
13859436        Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
13859438       +Julie Tracy,    1889 Geneva Avenue,    San Francisco, CA 94134-3114
13859440        Municipal Authority of West View,    210 Perry Highway,    Pittsburgh, PA 15229-1895
14002168      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13925036       +Ohio Township Sanitary Authority,    c/o Michael J. Witherel, Esq.,    966 Perry Highway,
                 Pittsburgh, PA 15237-2107
13859441       +Ohio Township Sanitary Authority,    1719 Roosevelt Road,    Pittsburgh, PA 15237-1050
13859445        PHH Mortgage Corporation,    Mortgage Service Center,    Attn: Bankruptcy Dept,    P.O. Box 5452,
                 Mount Laurel, NJ 08054-5452
13859443       +Patelco Credit Union,    Attention: Bankruptcy,    PO Box 8020,    Pleasanton, CA 94588-8601
13859442        Patelco Credit Union,    P.O. Box 2227,    Merced, CA 95344-0227
13859446        Quest Diagnostics,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
13859449       +Sallie Mae,    Attention: Bankruptcy Litigation Unit,    P.O. Box 9430,
                 Wilkes-Barre, PA 18773-9430
13859450       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13859451       +State Collection Service Inc,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
13859452       +State Collection Service, Inc.,    Attn: Bankruptcy,    P.O. Box 6250,    Madison, WI 53716-0250
13859456        UPMC,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
13859457       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13910701       +Weltman, Weinberg & Reis Co., LPA,    436 7th Avenue Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2019 04:09:19     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13859421        EDI: AMEREXPR.COM Oct 01 2019 07:38:00     American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
13859422       +EDI: BECKLEE.COM Oct 01 2019 07:38:00     American Express,    PO Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
13925865        EDI: BECKLEE.COM Oct 01 2019 07:38:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13859423        EDI: BANKAMER.COM Oct 01 2019 07:38:00     Bank Of America,    PO Box 982235,
                 El Paso, TX 79998
13859424        EDI: CHASE.COM Oct 01 2019 07:38:00     Chase,    Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
13859425        EDI: CHASE.COM Oct 01 2019 07:38:00     Chase,    Customer Service,    P.O. Box 15299,
                 Wilmington, DE 19850-5299
13859429       +EDI: CCS.COM Oct 01 2019 07:38:00     Credit Collection Services,    Two Wells Avenue,
                 Newton Center, MA 02459-3246
13859430        EDI: DISCOVER.COM Oct 01 2019 07:38:00     Discover,    PO Box 15316,
                 Wilmington, DE 19850-5316
13870519        EDI: DISCOVER.COM Oct 01 2019 07:38:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13933541       +E-mail/Text: kburkley@bernsteinlaw.com Oct 01 2019 04:10:20      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13859431       +E-mail/Text: kburkley@bernsteinlaw.com Oct 01 2019 04:10:20      Duquesne Light Company,
                 Legal Department,    Duquesne Light Legal,    411 Seventh Avenue (16-1),
                 Pittsburgh, PA 15219-1942
14119864        EDI: ECMC.COM Oct 01 2019 07:38:00     ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13859434       +EDI: RMSC.COM Oct 01 2019 07:38:00     GE Capital Retail Bank,    Attn: Bankruptcy Dept,
                 P.O. Box 103104,    Roswell, GA 30076-9104

```
District/off: 0315-2          User: aala                  Page 2 of 3                  Date Rcvd: Sep 30, 2019
                              Form ID: 3180W              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13859437        EDI: IRS.COM Oct 01 2019 07:38:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346.
13859439        EDI: PARALONMEDCREDT Oct 01 2019 07:38:00      Medicredit Corp,   111 Corporate Office Dr,
                 Earth City, MO 63045-1506.
13936459        EDI: NAVIENTFKASMSERV.COM Oct 01 2019 07:38:00      Navient Solutions Inc.,   Po Box9640,
                 Wilkes-Barre, PA 18773-9640.
13859448       +EDI: NAVIENTFKASMSERV.COM Oct 01 2019 07:38:00      Sallie Mae,   P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500.
13859447       +EDI: NAVIENTFKASMSERV.COM Oct 01 2019 07:38:00      Sallie Mae,   PO Box 9655,
                 Wilkes-barre, PA 18773-9655.
13859454        EDI: TFSR.COM Oct 01 2019 07:38:00      Toyota Financial Services,   Asset Protection Department,
                 P.O. Box 2958,   Torrance, CA 90509-2958.
13859455        EDI: TFSR.COM Oct 01 2019 07:38:00      Toyota Financial Services,
                 Attn. WF21 Asset Protection Department,    19001 South Western Ave,   Torrance, CA 90509.
13859453        EDI: TFSR.COM Oct 01 2019 07:38:00      Toyota Financial Services,   P.O. Box 8026,
                 Cedar Rapids, IA 52409-8026.
13867616        EDI: TFSR.COM Oct 01 2019 07:38:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026.
13859458       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 01 2019 04:10:11       UPMC St Margaret,
                 Quantum 1 Building/Third Floor,   Distribution Room # 386,   2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348.
13859459       +E-mail/Text: BKRMailOps@weltman.com Oct 01 2019 04:09:47       Weltman, Weinberg & Reis Co., LPA,
                 436 7th Avenue Suite 1400,   Pittsburgh, PA 15219-1827.
13859460       +E-mail/Text: bankruptcydept@wyn.com Oct 01 2019 04:10:04       WoldMark by Wyndham,
                 Attention: Bankruptcy Department,   P.O. Box 97474,   Las Vegas, NV 89193-7474.
13859461       +E-mail/Text: bankruptcydept@wyn.com Oct 01 2019 04:10:04       Worldmark,   10750 W Charleston,
                 Las Vegas, NV 89135-1049.
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              PHH Mortgage Corporation
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,   PO Box 619096,
                 Dallas, TX 75261-9741)
13859444       ##+PHH Mortgage Corporation,   2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
13867682       ##+Phh Mortgage Corporation,   2001 Bishopsgate Boulevard,   Mount Laurel, NJ 08054-4604
                                                                                   TOTALS: 3, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor   PHH Mortgage Corporation jschalk@barley.com,
               sromig@barley.com
              Kenya Deneen Bates    on behalf of Creditor   PHH Mortgage Corporation pawb@fedphe.com

```
District/off: 0315-2            User: aala              Page 3 of 3              Date Rcvd: Sep 30, 2019
                                Form ID: 3180W          Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Mark G. Moynihan   on behalf of Debtor Duvineel M. Cabrera mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Mark G. Moynihan   on behalf of Joint Debtor Maria Enalyn Cabrera mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                       TOTAL: 9