**Form 128**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Duvineel M. Cabrera** : | Case No. 14−22105−CMB |
| **Maria Enalyn Cabrera** : | Chapter: 13 |
| **aka Enalyn Cabrera, fka Maria Enalyn Santos** : | |
| *Debtor(s)* : | |
| : | |
| Nationstar Mortgage LLC : | Related to Claim No. 3 |
| *Movant,* : | |
| : | |
| v. : | |
| Duvineel M. Cabrera : | |
| Maria Enalyn Cabrera : | |
| aka Enalyn Cabrera, fka Maria Enalyn Santos : | |
| *Respondent.* : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  10/15/19 .

Dated: October 1, 2019

/s/ Nicole Shatkoff
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-22105-CMB
Duvineel M. Cabrera                                                   Chapter 13
Maria Enalyn Cabrera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: nsha    Page 1 of 1    Date Rcvd: Oct 01, 2019
                        Form ID: 128  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
aty         #+Mark G. Moynihan,    Moynihan Law, P.C.,    112 Washington Pl Ste 230,
              Pittsburgh, PA 15219-3461
             +Julian Cotton,    Padgett Law Group,    6267 Old Water Oak Road, Ste 203,
              Tallahassee, FL 32312-3858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com,
               sromig@barley.com
              Kenya Deneen Bates    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Duvineel M. Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Joint Debtor Maria Enalyn Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 9