IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Duvineel M. Cabrera | ) | Case No.:  14-22105 CMB |
| Maria Enalyn Cabrera | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Doc. No. 92 |
| Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| Duvineel M. Cabrera | | |
| Maria Enalyn Cabrera | ) | |
| Respondent(s) | ) | |

ORDER OF COURT

AND NOW, this ___3rd___ day of ___December___, 2019, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before March 31, 2020.

BY THE COURT:

_____
Chief U.S. Bankruptcy Judge

FILED
12/3/19 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Duvineel M. Cabrera
Maria Enalyn Cabrera
       Debtors

Case No. 14-22105-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric          Page 1 of 1          Date Rcvd: Dec 03, 2019
                    Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db/jdb        +Duvineel M. Cabrera,    Maria Enalyn Cabrera,    114 Summit Drive,    Sewickley, PA 15143-8892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
        Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com,
          sromig@barley.com
        Kenya Deneen Bates    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
        Mark G. Moynihan    on behalf of Debtor Duvineel M. Cabrera mark@moynihanlaw.net,
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
        Mark G. Moynihan    on behalf of Joint Debtor Maria Enalyn Cabrera mark@moynihanlaw.net,
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 9