IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>DUVINEEL M. CABRERA<br>MARIA ENALYN CABRERA<br>    Debtor(s) | Bankruptcy No.  14-22105-CMB<br><br>Chapter 13<br><br>Related to Document No.:  96, 97 |
| DUVINEEL M. CABRERA<br>MARIA ENALYN CABRERA<br>    Movant(s) | Hearing Date: February 19, 2020 at 10:00AM |
| v. | |
| MICHAEL R. RHODES, ESQUIRE, CLERK<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' MOTION TO PAY UNCLAIMED FUNDS UNDER 28 U.S.C. §2042**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **January 7, 2020** has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion** appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **January 24, 2020.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

| | |
|---|---|
| Dated: January 27, 2020 | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>2 Chatham Center, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |