IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
DUVINEEL M. CABRERA  
MARIA ENALYN CABRERA  
    Debtor(s)

DUVINEEL M. CABRERA  
MARIA ENALYN CABRERA  
    Movant(s)

v.

MICHAEL R. RHODES, ESQUIRE, CLERK  
RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

Bankruptcy No. 14-22105-CMB

Chapter 13

Related to Document No.: 96

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __3rd__, day of __February__, 20 __20__, upon consideration of the Debtors' Motion to Pay Unclaimed Funds Under 28 U.S.C. §2042 and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. The Debtors' Motion to Pay Unclaimed Funds is granted.

2. The Clerk of Court shall tender the unclaimed funds in the amount of $17,803.80 to the Debtors.

3. The Clerk of Court shall make the payment to Duvineel M. Cabrera and Maria Enalyn Cabrera at 114 Summit Drive, Sewickley, PA 15143.

BY THE COURT

_Carlota M. Böhm_  dmr  
Carlota M. Böhm  
Chief United States Bankruptcy Court Judge

FILED  
2/3/20 4:22 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-22105-CMB
Duvineel M. Cabrera                                                             Chapter 13
Maria Enalyn Cabrera
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam           Page 1 of 1           Date Rcvd: Feb 03, 2020
                               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.
db/jdb         +Duvineel M. Cabrera,    Maria Enalyn Cabrera,    114 Summit Drive,    Sewickley, PA 15143-8892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    PHH Mortgage Corporation jschalk@barley.com,
               sromig@barley.com
              Kenya Deneen Bates    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Duvineel M. Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Joint Debtor Maria Enalyn Cabrera mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9